IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>1) EDGARDO NEVAREZ-ORTEGA<br>a/k/a El Viejo<br>2) T/N JOSE L. ROBLES-HERNANDEZ<br>a/k/a ELIAS PADILLA-RAMOS<br>3)<br>4)<br>5)<br>6) JULIO RAFAEL HERNANEZ-ESPINAL<br>**7) WILLIAM TORRES-RAMIREZ**<br>8) SEGUNDO CERVANTES COPLIN-DE-LA-CRUZ, a/k/a Tito<br>9) MIGDALIA COLLAZO-CASTRO<br>Defendants | CRIMINAL 04-0136CCC |

**O R D E R**

Having considered the Report and Recommendation filed on April 14, 2005 **(docket entry 182)** on a Rule 11 proceeding of defendant William Torres-Ramírez held before Magistrate Judge Aida M. Delgado-Colón on April 13, 2005, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant William Torres-Ramírez is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 13, 2005. The **sentencing hearing is set for July 26, 2005 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on April 15, 2005.

s/CARMEN CONSUELO CEREZO
United States District Judge